## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUSTIN MOORE** | * | **CIVIL ACTION** |
| | | **NO. 2:19-cv-01592** |
| **Plaintiff** | * | |
| | | |
| **VERSUS** | * | **JUDGE** |
| | | **BARRY W. ASHE** |
| **CENTRALIZED MANAGEMENT** | * | |
| **SERVICES, LLC and EPISODE** | | **MAGISTRATE JUDGE** |
| **SOLUTIONS, LLC** | * | **DANA DOUGLAS** |
| | | |
| **Defendant** | * | |

## MOTION FOR SUMMARY JUDGMENT

**NOW COME** Defendants, Centralized Management Services, LLC ("CMS") and Episode Solutions, LLC ("Episode") (collectively, "Defendants"), which respectfully move this Court to enter summary judgment in their favor dismissing Plaintiff, Justin Moore's disability discrimination claims under the Americans with Disabilities Act, 42 U.S.C. § 12112, as amended. For the reasons set forth more fully in the contemporaneously-filed supporting memorandum, separate statement of uncontested facts material to this motion, and attached exhibits, Plaintiff cannot meet his *prima face* or ultimate burden of proof on critical aspects of his disparate treatment and failure-to-accommodate claims. Further, Plaintiff cannot prove that Defendants' legitimate, non-discriminatory reasons for terminating his employment was pretext or that his alleged disability was a motivating factor in Defendants' decision.

**WHEREFORE**, Centralized Management Services, LLC and Episode Solutions, LLC pray that based on the foregoing motion and the additional reasons explained in Defendants' accompanying Memorandum in Support, this Court grant its motion and dismiss Plaintiff's disability discrimination claims under the Americans with Disabilities Act, 42 U.S.C. § 12112, as

amended against Centralized Management Services, LLC and Episode Solutions, LLC with prejudice.

                          Respectfully submitted,

                          **ADAMS AND REESE, LLP**

                          */s/   Adrienne C. May*
                          LAUREN T. TAFARO (#29320)
                          ADRIENNE C. MAY (#35037)
                          701 Poydras Street, Suite 4500
                          New Orleans, LA   70139
                          Telephone:  (504) 581-3234
                          Facsimile: (504) 566-0210
                          Email: lauren.tafaro@arlaw.com
                          Email: adrienne.may@arlaw.com

                          *Attorneys for Defendants*