## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUSTIN MOORE** | * | **CIVIL ACTION**<br>**NO. 2:19-cv-01592** |
| **Plaintiff** | * | |
| **VERSUS** | * | **JUDGE**<br>**BARRY W. ASHE** |
| **CENTRALIZED MANAGEMENT** | * | |
| **SERVICES, LLC and EPISODE** | | **MAGISTRATE JUDGE** |
| **SOLUTIONS, LLC** | * | **DANA DOUGLAS** |
| **Defendant** | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Centralized Management Services, LLC and Centralized

Management Services, LLC's Motion for Summary Judgment is hereby set for submission on the

16th day of January, 2020, at 10:00 a.m., before the Honorable Barry W. Ashe, United States

District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

**ADAMS AND REESE, LLP**

*/s/Adrienne C. May*
LAUREN L. TAFARO (#29320)
ADRIENNE C. MAY (#35037)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:     (504) 581-3234
Facsimile:     (504) 566-0210
Lauren.Tafaro@arlaw.com
Adrienne.May@arlaw.com
*Attorneys for Defendants*